# COHEN & KRASSNER

ATTORNEYS AT LAW

450 SEVENTH AVENUE  SUITE 1608
NEW YORK NEW YORK  10123

MARK KRASSNER*
STEVEN COHEN
BRUCE E. RACHMIL

TEL: (212)564-1900
FAX: (212)695-6090

*Member NY & NJ Bar

March 10, 2011

United State District Court
225 Cadman Plaza East
Brooklyn, NY  11201

Attn:  Hon. Lois Bloom

Re:   Fahme v. Integrity Financial
      Docket No.: 10 CV 3761
      Our File No.:  63635

Dear Magistrate Judge Bloom:

I am the attorney for the defendant.  I am writing with the consent of plaintiff's attorney, Adam Fishbein, to inform you that the above action case has been settled for the sum of $9,500 payable by March 25, 2011.

The parties are finalizing the settlement papers and a Stipulation of Dismissal shall be filed upon plaintiff's receipt of the settlement payment.

Consequently, plaintiff's motion to compel discovery requests is moot.

Thank you for your consideration.

Respectfully yours,

Mark Krassner

c.    Adam Fishbein, Esq.