UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GEORGE FAHME,

            Plaintiff(s),

**ORDER OF DISMISSAL**
CV 10-3761(RJD)

-v-

INTEGRITY FINANCIAL PATNERS, INC.,

            Defendant (s).
-------------------------------------------------------X
DEARIE, CHIEF JUDGE.

    It having been reported to the Court by counsel that the above action has been settled,

    It is, on this __14TH__ day of __MARCH__

    **ORDERED,** that this action is hereby dismissed without costs, and without prejudice to the right to reopen the action within 60 days if the settlement is not consummated.

    The Clerk of the Court is directed to close the case.

**SO ORDERED.**

Dated:    Brooklyn, New York
            March 14, 2011

                                s/ Judge Raymond J. Dearie

                                RAYMOND J. DEARIE
                                UNITED STATES CHIEF JUDGE